UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SERENA ADCOCK | CIVIL ACTION NO. 08-0962 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SUNQUEST PROPERTIES, INC. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the entire record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Attorney Fees [Record Document 33] be and is hereby **GRANTED**, and that Serena Adcock be and is hereby ordered to pay Sunquest Properties, Inc. **$17,212.20** in attorney fees, costs, and expenses.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 3rd day of June, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE